Mary McNamara, SBN 147131
mary@smllp.law

Carly Bittman, SBN 305513
carly@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for WING LOK "WALTER" WONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WING LOK "WALTER" WONG<br><br>　　　　　　　　Defendants. | Case No. CR 20-00257-WHO<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING RE SENTENCING** |

　　　This matter is currently set for a Zoom status hearing on January 12, 2023, at 1:30 p.m. The parties respectfully request that the status hearing be continued for six months, to July 13, 2023, at 1:30 p.m. In the interim, Mr. Wong will continue to provide cooperation pursuant to the terms of his plea agreement.

　　　**IT IS SO STIPULATED.**

DATED: January 10, 2023

STEPHANIE M. HINDS
United States Attorney

/s/
David J. Ward
Assistant United States Attorney

DATED: January 10, 2023

/s/
Carly Bittman
Swanson & McNamara LLP
Attorneys for WALTER WONG

**ORDER**

Pursuant to stipulation, the January 10, 2023, status hearing in the above-captioned matter will be continued to July 13, 2023, at 1:30 PM.

DATED: January 11, 2023

HON. WILLIAM H. ORRICK
United States District Judge